

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2018

No. 04-17-00007-CV

**13 HEIN, L.L.C.** and Robert P. Hein,
Appellants

v.

Analicia Pena de **BECERRA**, Federico Javier Pena Llanos, Lilia Leticia Pena de Borrego, Hilde
Pena de Trad, Elsa Pena Cass, Zimmerman Limited Partnership No. 1,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVF-001164-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

Sitting:      Karen Angelini, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice (Not Participating)

On August 27, 2018, the appellants filed a motion for rehearing. The Court requests that the appellee file a response on or before October 29, 2018. *See* TEX. R. APP. P. 49.2.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court